UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STARK & STARK
A Professional Corporation
Timothy P. Duggan, Esq (TD-3231)
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648-2389
(609) 896-9060
Attorneys for Stark & Stark, Creditor

In Re:

Xuehai Li,

Debtor.

Case No.: 20-14367

Chapter: 11

Judge: Michael B. Kaplan

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Stark & Stark, PC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Timothy P. Duggan, Esquire
Stark & Stark, P.C.
P. O. Box 5315
Princeton, New Jersey 08543

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 9, 2020

/s/ Timothy P. Duggan
Signature